# File Hashes for IP Address 65.25.228.117

**ISP:** Time Warner Cable
**Physical Location: Appleton, WI**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/08/2013 04:58:29 | 2E0D4EC8052DAA181237CD079C030CC488091DCB | Hot Brunettes |
| 10/06/2013 04:17:07 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |
| 10/02/2013 04:38:59 | 2F7D5C8AA071793BC16BDC1F1B5B08BBC86B8511 | Come from Behind |
| 10/01/2013 21:55:08 | 301A8379E3509C7B3593910E5646524F73521AB8 | Date Night at Home |
| 10/01/2013 19:19:35 | 93BDFE5206C0DDF69D1C1ECF584E06CA5A3D5712 | Almost Famous |
| 09/25/2013 22:45:23 | 4DCC20A5B9802673A06315D8CE5DB442283F75B2 | Digital Love |
| 09/25/2013 22:32:50 | 4ACBB9DB54D72282C736BA10479C219827D20F58 | Her First Time |
| 09/25/2013 22:23:30 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 09/25/2013 22:22:10 | 585115E91F21C66775F5A0D987A50899AE74F5D7 | Unveiling Part #1 |
| 09/18/2013 14:10:34 | F693CDE52B50004C08C8656CAC4FA70832CE69D6 | Let Me Take Your Picture |
| 09/17/2013 13:31:49 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 09/11/2013 08:02:17 | 9A35174890888941570D5DA7DF313CA97D55A5C7 | Girls Love Pink and Diamonds |
| 09/10/2013 22:22:08 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |
| 09/10/2013 05:27:28 | 612CD41B3EF0921D2E93275EDC826E4F272E8B8D | Introducing Kenzie |
| 09/04/2013 19:14:11 | 0C4D06B05D86BC16BF4294D08F3DE0FC04122556 | We Love Ourselves |
| 09/04/2013 15:28:25 | 447746BE33F91B6276EABC15B398C5E209420755 | Girly Girls |
| 09/03/2013 13:45:38 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 09/03/2013 13:14:53 | 660D147947B0B7DF4F83EF92CE5873252F8C5BD9 | She Bad |
| 08/21/2013 08:38:14 | ACDAEFDE2178B62CEC4D41D79580993E1E456571 | Raw Passion |
| 08/21/2013 07:04:18 | 6B3AD6CD8876E455AA4BC7F7A00D5CE42B6415D0 | Triple Threat |
| 08/20/2013 13:58:09 | D88B4C89C6AF183E648968833DB35747519C31D9 | Sneaking In |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/15/2013 08:40:10 | 6B5F2A4C794F6C8873853DC33189B5545DAE2C2D | Introducing Kiki |
| 08/15/2013 06:48:29 | B3452C59A4168E85544EACD8ECB394D40FF25153 | Girl in a Room |
| 08/15/2013 06:44:42 | 2A936E5B37749915EEDA067A54C93CF84842BEA2 | New Romance |
| 08/15/2013 06:35:07 | D46C72FD478307182F7A4A99FA6FEA9C1F697F3C | So Close Together |

**Total Statutory Claims Against Defendant: 25**

EXHIBIT A

EWI40